**Order entered January 11, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01272-CV

### INTO THE SUNSET REVOCABLE LIVING TRUST, Appellant

### V.

### DESIGN TECH HOMES, LP, Appellee

**On Appeal from the 274th District Court**
**Comal County, Texas**
**Trial Court Cause No. C2017-2027C**

## ORDER

Before the Court is appellant's January 7, 2019 motion to extend the time to file a brief and all deadlines. The clerk's and reporter's records have been filed and the appellate record appears to be complete. Appellant's brief is currently due January 28, 2019. *See* TEX. R. APP. P. 4.1(a), 38.6(a)(2).

The record before this Court contains an order of dismissal signed on November 28, 2018. Attached to appellant's motion as an exhibit is a motion to modify the November 28 order filed in the trial court. Appellant explains in its motion that the trial court still has plenary power to sign a modified judgment, and it seeks the extension for that reason.

Although the trial court's plenary power has not expired, this appeal moves forward. Any subsequent order or judgment and actions relating to it may be filed in a supplemental

clerk's record.  *See* TEX. R. APP. P. 27.3.  For these reasons, we **GRANT** appellant's motion **to the extent** we extend the time for appellant to file a brief to **February 27, 2019**.


/s/      BILL WHITEHILL
         JUSTICE